El Pueblo de Puerto Rico, demandante y apelado, *v.* José Nieves, acusado y apelante

No. 3456.—*Visto:* Junio 28, 1928. *Resuelto:* Julio 2, 1928.

*Armando A. Miranda,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

El Juez Asociado Señor Texidor, emitió la opinión del tribunal.

■■ Los errores que en este caso se asignan a la sentencia son en realidad dos en materia de apreciación de la prueba, y uno en la imposición de la pena.

De la lectura del récord taquigráfico nace nuestra afirmación de que la prueba fué bien estimada por la corte sentenciadora; y sólo adicionándola con hechos o afirmaciones que no resultan del récord podría sostenerse que la corte erró al apreciarla.

En cuanto a la pena impuesta, la encontramos ajustada a la ley.

*Debe confirmarse la sentencia apelada.*